IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZAKHIL ASTANIKZAI,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br><br>Defendants. | CIVIL ACTION<br>NO. 26-6016 |

**ORDER**

**AND NOW**, this 19th day of October 2026, upon consideration of Plaintiff's Notice of Voluntary Dismissal (Doc. No. 4), it is **ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.